UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NORMAN MORRIS,<br><br>*Defendant.* | No. 24-cr-109 (DLF) |

## VERDICT FORM

### Count One

1. How do you find Defendant Norman Morris on the charge of Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Phencyclidine (PCP), in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)?

    _____ Not Guilty         _____X_____ Guilty

### Count Nineteen

2. How do you find Defendant Norman Morris on the charge of Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C)?

    _____ Not Guilty         _____ Guilty

Dated: 6/3/25

Signature of Foreperson

1